UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN J. BUCKSHAW,**

    **Plaintiff,**

v.                                   Case No.  8:05-cv-319-T-30MSS

**STATE OF FLORIDA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  Upon review and consideration, and with the Court having noted that Plaintiff has failed to pay the required filing fee pursuant to this Court's Order (Dkt. #11) dated June 21, 2005, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-319.dismissal.wpd